**Order entered October 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00506-CV

**FITNESS EVOLUTION, L.P., ET AL., Appellants**

**V.**

**HEADHUNTER FITNESS, LLC, ET AL., Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00529-2010**

## ORDER

Before the Court are three motions filed by appellees on October 21, 2013 and October 22, 2013 seeking an extension of time to file their respective briefs. We **GRANT** appellees' motions. Appellees shall file their respective briefs on or before **Monday December 2, 2013**.

/s/  ADA BROWN
    JUSTICE